UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| ROBERT BARTOL, | ) | |
| | ) | JURY DEMAND |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO.: |
| | ) | |
| AMAZON.COM.DEDC, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. Nature of the Case

1. This is an action brought by Plaintiff, Robert Bartol ("Bartol"), by counsel, against the Defendant, Amazon.com.dedc, LLC ("Amazon" or "Defendant"), pursuant to the Tennessee Human Rights Act ("THRA").

### II. Parties

2. Bartol has resided within the State of Tennessee – Bradley County at all relevant times hereto.

3. Amazon is a Domestic Limited Liability Company that is headquartered in Deleware but routinely conducts business in the Eastern District of Tennessee. Amazon may be served through its Registered Agent Corporation Service Company at 251 Little Falls Dr., Wilmington, Delaware 19808.

### III. Jurisdiction and Venue

4. Jurisdiction is proper with this Court pursuant to the THRA.

5. Defendant is an "employer" as that term is defined by the THRA.

6. Bartol, at all times relevant, has been an "employee" of the Defendant as that term is defined by the THRA.

7. Bartol is an individual with a "disability" as that term is defined by the THRA.

8. The Parties have diversity of citizenship and the amount in controversy is in excess of $75,000.

9. All events pertinent to this lawsuit have occurred in the legal environs of the Eastern District of Tennessee, thus venue in this court is proper.

### IV. Factual Allegations

10. Bartol was hired by the Defendants on or about November 14, 2017, as a Yard Specialist – Weekend PT.

11. During his employment, Bartol regularly met or exceeded Defendant's legitimate performance expectations.

12. In or about June 2018, Bartol's shift was terminated. Rather than accept a severance agreement, Bartol opted to move to a part-time associate position within the Defendant's fulfillment center.

13. In or about August 2019, Bartol injured his back. As a result of his injury, Bartol qualified as an individual with a disability under the THRA.

14. Defendant offered various leaves of absence as an accommodation.

15. On or about September 21, 2020, Bartol received a permanent accommodation to only work five-hour shifts. Said accommodation was documented in a "Job Accommodation Report" ("JAR").

16. In or about early 2021, Defendant began to provide unpaid-time-off amnesty due to COVID-19.

17. In or about June 2021, Defendant stopped providing amnesty for unpaid-time-off. At the same time, Bartol began to receive negative unpaid-time-off balance emails. Essentially, Bartol was threatened with termination for negative unpaid time balance, which his accommodation prevented.

18. Bartol notified human resources of the issue and his accommodation, but nothing was done.

19. On October 2, 2021, Bartol was terminated for having a negative unpaid-time-off balance.

20. On or about October 15, 2021, Bartol had an appeal meeting with Brett Price, the site leader. Bartol provided Price a copy of his JAR. Price stated that he did not care about Bartol's accommodation and upheld the termination.

21. Bartol had never been written up, warned, or placed on any sort of performance improvement plan prior to his termination.

22. Bartol has been damaged as a result of Defendant's actions.

## V. Causes of Action

### I. THRA DISABILITY DISCRIMINATION

23. Bartol hereby incorporates by reference paragraphs one (1) through twenty-two (22) of his Complaint.

24. The Defendant violated Bartol's rights as protected by the THRA.

25. The Defendant failed to accommodate and/or engage in the interactive process in violation of the THRA.

26. Defendant subjected Bartol to disparate treatment as compared to other employees who do not suffer from the same or similar disabilities as Bartol.

27. Defendants' actions are in violation of the THRA.

28. Defendants' actions were willful, intentional, and done with reckless disregard for Bartol's rights as protected by the THRA.

29. Bartol has suffered damages as a result of Defendant's actions.

## II. THRA DISABILITY RETALIATION

30. Bartol hereby incorporates by reference paragraphs one (1) through twenty-nine (29) of his Complaint.

31. Bartol was terminated in retaliation for engaging in a protected activity by requesting an accommodation for his disability and notifying human resources of his JAR.

32. Defendants' actions are in violation of the THRA.

33. Defendants' actions were willful, intentional, and done with reckless disregard for Bartol's rights as protected by the THRA.

34. Bartol has suffered damages as a result of Defendant's actions.

## REQUESTED RELIEF

**WHEREFORE**, Plaintiff, Robert Bartol, by counsel, respectfully requests that this Court find for Plaintiff and:

1) Order that the Plaintiff be awarded any back pay hhe would have earned, including fringe benefits, bonuses, commissions - with related monetary benefits and interest thereon, absent Defendant's unlawful acts;

2) Award reinstatement or front pay he would have earned, including fringe benefits, bonuses, commissions - with related monetary benefits and interest thereon, absent Defendant's unlawful acts;

3) Award the Plaintiff compensatory damages, consequential damages, emotional distress damages, lost wages and benefits in an amount sufficient to compensate Plaintiff for the damages caused by the Defendant's wrongful actions;

4) Award the Plaintiff punitive damages;

5) Award the Plaintiff her attorney fees, litigation expenses, and costs incurred as a result of this action;

6) Award the Plaintiff pre- and post-judgment interest on all sums recoverable; and

7) Grant such other relief as may be just and proper.

Respectfully submitted,

By: /s/ Taylor J. Ferguson
Taylor J. Ferguson, (*Pro Hac Vice Admission Pending*)
144 North Deleware St.
Indianapoilis, IN 46204
Telephone:  (317) 991-4765
Facsimile:   (812) 424-1005
E-Mail:      tferguson@bdlegal.com
*Attorney for Plaintiff, Robert Bartol*

## DEMAND FOR JURY TRIAL

The Plaintiff, Robert Bartol, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,

By: /s/ Taylor J. Ferguson
Taylor J. Ferguson, (*Pro Hac Vice Admission Pending*)
*Attorney for Plaintiff,*